Helen F. Dalton & Associates, PC
Helen F. Dalton (HD 3231)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718-263-9591

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JORGE PRADO, individually and on behalf of all others similarly situated,

                              Plaintiff,

-against-

NORTHEAST SERVICE INTERIORS LLC, and FRANK CALIENDO, an individual,

                              Defendants.

------------------------------------------------------------X

15-CV-7139(CBA)(LB)

STIPULATION AND
ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

_____
Roman Avshalumov, Esq.
HELEN F. DALTON & ASSOCIATES, P.C.
69-12 Austin Street
Forest Hills, N.Y. 11375
(718) 263-9591
Attorneys for Plaintiff

Dated: 7/26, 2016

_____
Nicholas Neonakis, Esq.
Ateshoglou & Aiello, P.C.
11 Park Place, Suite 1715
New York, NY 10007
Telephone: 212-545-1740

Dated: 7/29, 2016

**SO ORDERED.**

Dated: _____, 2016

_____
United States District Judge